BARKETT, Circuit Judge,
specially concurring:
I agree that, under our precedent, Mel-son cannot be said to have exercised “reasonable diligence” as required by Holland, v. Florida, — U.S. -, 130 S.Ct. 2549, 2565, 177 L.Ed.2d 130 (2010). However, I note again the difficulties of applying the Holland equitable tolling test to death row inmates. See Smith v. Comm’r, Ala. Dep’t of Corr., 703 F.3d 1266, 1275-77 (11th Cir.2012) (Barkett, J., dissenting); Hutchinson v. Florida, 677 F.3d 1097, 1103-11 (11th Cir.2012) (Barkett, J., concurring).